JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVELLO TUFONO, | NO. CV 19-10578-JFW (KS) |
| Plaintiff, | |
| v. | JUDGMENT |
| J. WILLIAMS, et al, | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: March 11, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE